IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)  Case No. 11-23323
THREE LIGHTS DEVELOPMENT LLC )  Chapter 11
a Illinois Limited Liability Company, )  Judge Jacqueline P. Cox
)
debtor/debtor-in-possession. )

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 19th day of April, 2012 at 10:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in the room usually occupied by her courtroom 680 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion for Payment of Final Compensation and Reimbursement of Expenses to Tumea and Associates CPA Firm**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS )
)
COUNTY OF COOK )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached service list electronically or First Class Mail (as indicated) on the 26th day of March, 2012, before the hour of 5:00 p.m.

/s/Scott R. Clar

# SERVICE LIST

United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
**Courts Electronic Registration -**
USTPRegion11.ED.ECF@usdoj.gov

Joseph A. Baldi
Donna Wallace
Joseph A. Baldi & Associates PC
19 S. LaSalle St., #1500
Chicago, IL 60603
Email - jabaldi@ameritech.net

William Brodzinski
Mulherin Rehfeldt & Varchetto PC
211 S. Wheaton Ave., 2nd Floor
Wheaton, IL 60187
**Courts Electronic Registration -**
wbrodzinski@mrvlaw.com

Craig Westfall
Nigro Westfall & Gryska PC
1793 Bloomingdale Rd.
Glendale Heights, IL 60139
**Courts Electronic Registration -**
firm@nigrowestfall.com,
craig@nigrowestfall.com

David and Marilyn Weiher
Three Lights Development LLC
935 Curtiss St.
Downers Grove, IL 60515
**Email**

Tony Tumea
Tumea & Associates CPA Firm
1121 Warren Ave., #260
Downers Grove, IL 60515
Email - atumea@goodcpafirm.com

**First Class Mail**:

Anderson Pest Solutions
501 W. Lake St., #204
Elmhurst, IL 60126-1419

Assurant Health
PO Box 790076
Saint Louis, MO 63179-0076

AT&T
PO Box 8100
Aurora, IL 60507-8100

Chicago Tribune
14839 Collections Center Dr.
Chicago, IL 60693-0148

Clorinda Greco
The Galleria
5147 Mochel Drive
Downers Grove, IL 60515

Clorinda Greco (The Galleria)
5147 Mochel Drive
Downers Grove, IL 60515

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

David & Marilyn Weiher
4808 Wallbank Ave.
Downers Grove, IL 60515

David and Marilyn Weiher
935 Curtiss St., Suite 4
Downers Grove, IL 60515

DG Sanitary
2710 Curtiss St.
PO Box 1412
Downers Grove, IL 60515

DuPage County Tax Collector
421 N. County Farm Drive
Wheaton, IL 60187-2553

JR Walker
1776 S. Naperville Rd., Ste. 202-A
Wheaton, IL 60189

KCW (HVAC)
849 N. Main
Glen Ellyn, IL 60137-3674

Kinko Ace Hardware
6216 S. Main St.
Downers Grove, IL 60515

Kone Elevator
1080 Parkview Blvd.
Lombard, IL 60148

Mario Olivi (The Olive Tap)
5143 Mochel Dr.
Downers Grove, IL 60515

Mr. William Dietner
TKDA
444 Cedar Street, Suite 1500
Saint Paul, MN 55101

NICOR
P.O. Box 0632
Aurora, IL 60507-0632

Old Second Bank
37 S. River St.
Aurora, IL 60506-4172

State Farm Insurance - Corp.
2702 Ireland Grove Rd.
Bloomington, IL 61709-0001

State Farm Insurance - Local Agent
1080 Parkview Blvd.
Lombard, IL 60148

TDKA
5151 Mochel D., Suite 205
Downers Grove, IL 60515

VEOLIA ES
4612 W. Lake St.
Melrose Park, IL 60160

Village of Downers Grove
801 Burlington Ave.
Downers Grove, IL 60515

Village of Downers Grove Sanitary
2710 Curtiss St.
PO Box 1412
Downers Grove, IL 60515-0703

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)           Case No. 11-23323
THREE LIGHTS DEVELOPMENT LLC ) Chapter 11
a Illinois Limited Liability Company, )   Judge Jacqueline P. Cox
)
debtor/debtor-in-possession. )

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant: <u>TUMEA & ASSOCIATES CPA Firm, Debtor's Accountant</u>

Authorized to Provide
Professional Services to: <u>Debtor</u>

Date of Order
Authorizing Employment: <u>August 9, 2011</u>

Period for Which Compensation
is Sought:   From: <u>March 10, 2012</u> through <u>March 11, 2012</u>

Amount of Fees Sought: <u>$1,800.00</u>

Amount of Expense
Reimbursement Sought: <u>$-0-</u>

This is a(n): Interim Application ___   Final Application <u>X</u>
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| None | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is: None

Date: <u>March 26, 2012</u>            Applicant:    <u>Tumea & Associates CPA Firm</u>

By:<u> /s/Scott R. Clar</u>
Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 11-23323 |
| THREE LIGHTS DEVELOPMENT LLC ) | Chapter 11 |
| a Illinois Limited Liability Company, ) | Judge Jacqueline P. Cox |
| ) | |
| debtor/debtor-in-possession. ) | |

**MOTION FOR PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO TUMEA AND ASSOCIATES CPA FIRM**

NOW COMES THREE LIGHTS DEVELOPMENT LLC, an Illinois limited liability company, debtor/debtor-in-possession herein, and for its Motion for Payment of Final Compensation and Reimbursement of Expenses to Tumea & Associates CPA firm, pursuant to Sections 327, 330 and 331 of the Bankruptcy Code, respectfully states as follows:

**Introduction**

1. On June 1, 2011, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor is operating its business and managing its financial affairs as debtor-in-possession. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

3. The Debtor is an Illinois limited liability company that is the owner of the following commercial properties:

   A) Commercial property commonly known as Charles Place, located at 5151 Mochel Dr., Downers Grove, Illinois; and

   B) Commercial property commonly known as the W&W Building, located at 933 - 937 Curtiss St., Downers Grove, Illinois (collectively the "Three Lights Properties")

-3-

4. By Order of Court dated August 9, 2011, the Debtor was authorized to employ Tony Tumea and the accounting firm of Tumea & Associates ("Tumea"). A copy of the Order authorizing employment is attached hereto as **Exhibit A**.

5. Tumea has provided accounting services to the Debtor since his employment, consisting of year-end compilation of financial statements, and preparation of tax returns. The accounting services provided by Tumea are described in the invoice attached hereto as **Exhibit B**. Tumea seeks payment of $1,800 as and for accounting services provided for the Debtor during its Chapter 11 case. Tumea has not shared, agreed to share any compensation received as a result of this case with any person, firm or entity.

6. **Tumea asserts** that the final compensation requested in this Motion is reasonable compensation for the actual and necessary accounting services rendered, based upon the time, nature, extent and value of such accounting services.

WHEREFORE, for the foregoing reasons, Three Lights Development, LLC, debtor/debtor-in-possession herein, prays for the entry of an Order as follows, pursuant to Section 331 of the Bankruptcy Code:

A) Allowing final compensation and reimbursement of **expenses** to Tumea in the amount of $1,800, for services provided and **expenses** incurred during the Debtor's Chapter 11 **case**;

B) Directing the Debtor to pay the sum of $1,800 to Tumea; and

C) Granting such other and further relief as may be just and equitable.

> Three Lights Development, LLC, an Illinois limited liability company, debtor/debtor-in-possession
>
> By: /s/Scott R. Clar
> One of its Attorneys

-4-

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
John H. Redfield
(Atty. No. 2298090)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
W:\MJO2\3 Lights\Pay Accountant.mot and NOM.wpd