IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 11-23323
THREE LIGHTS DEVELOPMENT LLC ) Chapter 11
a Illinois Limited Liability Company, ) Judge Jacqueline P. Cox
) **Hearing:** June 20, 2012 @ 10:00 A.M
debtor/debtor-in-possession. )

## DEBTOR'S FINAL REPORT[1]

THREE LIGHTS DEVELOPMENT LLC, by and through its attorneys, pursuant to Local Bankruptcy Rule 3022-1 of The United States District Court for the Northern their Final Report and Motion to Close Case states as follows:

### Background

1. On June 1, 2011, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On April 19, 2012, the Court entered an Order confirming Debtor's Fourth Amended Plan.

4. Debtor has filed Operating Reports for April, 2012.

### STATUS OF PLAN PAYMENTS

5. Administrative Claims

U.S. Trustee Fees were paid through confirmation; the post confirmation will be paid at the hearing on this Motion;

6. Non-Administrative Claims:

---

[1] Debtor's counsel will shortly be filing its application for final compensation along with a motion for final decree, closing the case.

A. <u>Class 1</u>: Secured Claims of Greenscape Ventures, LLC, ("Greenscape") as assigned by Old Second Bank. The Class 1 claim of Greenscape has been satisfied in full by the Debtor relinquishing the Charles Place Property to Greenscape.

B. <u>Class 2</u>: Secured Claim of DuPage County Collector has been paid in full.

C. <u>Class 3</u>: Claims of general unsecured creditors have been paid in full

D. <u>Class 4</u>: Greenscapes deficiency claim will not be pursued for collection by Greenscape.

7. There are no further matters for the Court to administer other than the final application for compensation to be filed by Crane, Heyman, Simon, Welch & Clar, bankruptcy counsel for the Debtor.

Respectfully submitted,

THREE LIGHTS DEVELOPMENT LLC, a Illinois Limited Liability Company, debtor and debtor-in-possession herein,

By: /s/Scott R. Clar
One of its attorneys

**DEBTOR'S COUNSEL**:
SCOTT R. CLAR, ESQ.
(Atty. No. 06183741)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
\mjo2\3 lights\Final Report.wpd