IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)  Case No. 11-23323
THREE LIGHTS DEVELOPMENT LLC )  Chapter 11
a Illinois Limited Liability Company, )  Judge Jacqueline P. Cox
)
debtor/debtor-in-possession. )

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 18th day of July, 2012 at 10:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in the room usually occupied by her courtroom 680 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion for Entry of Final Decree**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS )
)
COUNTY OF COOK )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached service list electronically or First Class Mail (as indicated) on the 21st day of June, 2012, before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
**Courts Electronic Registration** -
USTPRegion11.ED.ECF@usdoj.gov

Joseph A. Baldi
Donna Wallace
Joseph A. Baldi & Associates PC
19 S. LaSalle St., #1500
Chicago, IL 60603
**Email** - jabaldi@ameritech.net

William Brodzinski
Mulherin Rehfeldt & Varchetto PC
211 S. Wheaton Ave., 2nd Floor
Wheaton, IL 60187
**Courts Electronic Registration** -
wbrodzinski@mrvlaw.com

Craig Westfall
Nigro Westfall & Gryska PC
1793 Bloomingdale Rd.
Glendale Heights, IL 60139
**Courts Electronic Registration** -
firm@nigrowestfall.com,
craig@nigrowestfall.com

David and Marilyn Weiher
Three Lights Development LLC
935 Curtiss St.
Downers Grove, IL 60515
**Email**

Jeffrey R. Walker
J.R. Walker, Inc.
1776 S. Naperville Rd., #202
Wheaton, IL 60187-8133
**Email** - jrw@jrwalker.com

Jeffrey A. Chadwick
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL 60601-1818
**Email** -
Jchadwick@mcguirewoods.com

**First Class Mail**:

Anderson Pest Solutions
501 W. Lake St., #204
Elmhurst, IL 60126-1419

Assurant Health
PO Box 790076
Saint Louis, MO 63179-0076

AT&T
PO Box 8100
Aurora, IL 60507-8100

Chicago Tribune
14839 Collections Center Dr.
Chicago, IL 60693-0148

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Dave & Marilyn Weiher
4808 Wallbank Ave.
Downers Grove, IL 60515

DG Sanitary
2710 Curtiss St.
PO Box 1412
Downers Grove, IL 60515

JR Walker
1776 S. Naperville Rd., Ste. 202-A
Wheaton, IL 60189

KCW (HVAC)
150 E. St. Charles Rd., #D
Carol Stream, IL 60188

Kinko Ace Hardware
6216 S. Main St.
Downers Grove, IL 60515

Kone Elevator
1080 Parkview Blvd.
Lombard, IL 60148

Liberty Mutual
Local Agent
55 W. Pierce Rd., Ste. 100
Itasca, IL 60143

Liberty Mutual -Corporate
100 Liberty Way, 03B
Dover, NH 03820-1525

NICOR
P.O. Box 0632
Aurora, IL 60507-0632

Old Second Bank
37 S. River St.
Aurora, IL 60506-4172

Real Estate Taxes
PO Box 4203
Carol Stream, IL 60197-4203

State Farm Insurance - Corp.
2702 Ireland Grove Rd.
Bloomington, IL 61709-0001

State Farm Insurance - Local Agent
1080 Parkview Blvd.
Lombard, IL 60148

Village of Downers Grove
801 Burlington Ave.
Downers Grove, IL 60515

Village of Downers Grove Sanitary
2710 Curtiss St.
PO Box 1412
Downers Grove, IL 60515-0703

VIOLIA ES
4612 W. Lake St.
Melrose Park, IL 60160

Westfield - Local Broker
Beil & Stromberg
Box G
Downers Grove, IL 60515

Westfield Insurance
P.O. Box 5001
Westfield Center, OH
    44251-5001

American InfoSource LP as
agent for T-Mobile
PO Box 248848
Oklahoma City, OK 73124-8848

Greenscape Ventures LLC
Attn: Kenneth P. Neumann
4355 Weaver Pkwy, #120
Warrenville, IL 60555-4046

AT&T
Bankruptcy Department
PO Box 769
Arlington, TX 76004-0769

Clorinda Greco
The Galleria
5147 Mochel Dr.
Downers Grove, IL 60515-5065

Clorinda Greco
The Galleria
402 Richmond Ave.
Westmont, IL 60559-1538

ComEd Company
3 Lincoln Center
Attn: Claims Department
Oak Brook, IL 60181-4204

Commonwealth Edison Co.
3 Lincoln Centre
Oakbrook Terrace, IL 60181
Attn: Bankruptcy Dept.

DuPage County Tax Collector
421 N. County Farm Drive
Wheaton, IL 60187-3992

KCW (HVAC)
849 N. Main
Glen Ellyn, IL 60137-3674

Mario Olivi
The Olive Tap
5143 Mochel Drive
Downers Grove, IL 60515-5065

Mr. William Dietner
TKDA
444 Cedar St., #1500
St. Paul, MN 55101-2110

Nicor Gas
PO Box 549
Aurora, IL 60507-0549

TDKA
5151 Mochel Dr., #205
Downers Grove, IL 60515

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 11-23323
THREE LIGHTS DEVELOPMENT LLC ) Chapter 11
a Illinois Limited Liability Company, ) Judge Jacqueline P. Cox
)
confirmed debtor. )

## MOTION FOR ENTRY OF FINAL DECREE

Now comes THREE LIGHTS DEVELOPMENT LLC, an Illinois Limited Liability Corporation, confirmed debtor herein ("Debtor"), by its attorneys, Scott R. Clar and the law firm of Crane, Heyman, Simon, Welch & Clar, and in support of his Motion for Entry of Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, respectfully states as follows:

1. On June 1, 2011, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor has operated its business and managed its financial affairs as debtor-in-possession from the Petition Date through and including the date of the entry of the Order confirming the Debtor's Fourth Amended Plan of Reorganization, which was entered on April 19, 2012.

3. No trustee, examiner or committee of unsecured creditors has been appointed in this reorganization case.

4. The Debtor is an Illinois limited liability company that is the owner of the following commercial properties:

   A) Commercial property commonly known as Charles Place, located at 5151 Mochel Dr., Downers Grove, Illinois; and

   B) Commercial property commonly known as the W&W Building, located at 933 - 937 Curtiss St., Downers Grove, Illinois (collectively the "Three Lights Properties").

-1-

5. The Debtor's Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code as follows:

   A. <u>Class 1</u>: Secured Claims of Greenscape Ventures, LLC, ("Greenscape") as assigned by Old Second Bank. The Class 1 claim of Greenscape has been satisfied in full by the Debtor relinquishing the Charles Place Property to Greenscape.

   B. <u>Class 2:</u> Secured Claim of DuPage County Collector has been paid in full.

   C. <u>Class 3</u>: Claims of general unsecured creditors have been paid in full

   D. <u>Class 4</u>: Greenscape's deficiency claim will not be pursued for collection by Greenscape.

6. The Debtor respectfully requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, for the foregoing reasons, THREE LIGHTS DEVELOPMENT LLC, an Illinois Limited Liability Corporation, prays for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

> Three Lights Development, LLC, an Illinois limited liability company, confirmed debtor
>
> By: /s/Scott R. Clar
> One of its Attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
John H. Redfield
(Atty. No. 2298090)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
W:\MJO2\3 Lights\Final Decree.mot and nOM.wpd