## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 11-23323 |
| THREE LIGHTS DEVELOPMENT LLC | ) | Chapter 11 |
| a Illinois Limited Liability Company, | ) | Judge Jacqueline P. Cox |
| | ) | |
| debtor/debtor-in-possession. | ) | |

### NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 18th day of July, 2012 at 10:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in the room usually occupied by her courtroom 680 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion of the Law Firm of Crane, Heyman, Simon, Welch & Clar as Debtor's Counsel for Final Allowance and Payment of Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

### CERTIFICATE OF SERVICE

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) |
| COUNTY OF COOK | ) |

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached service list electronically or First Class Mail (as indicated) on the 22nd day of June, 2012, before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
**Courts Electronic Registration** -
USTPRegion11.ED.ECF@usdoj.gov

Joseph A. Baldi
Donna Wallace
Joseph A. Baldi & Associates PC
19 S. LaSalle St., #1500
Chicago, IL 60603
**Email** - jabaldi@ameritech.net

William Brodzinski
Mulherin Rehfeldt & Varchetto PC
211 S. Wheaton Ave., 2nd Floor
Wheaton, IL 60187
**Courts Electronic Registration** -
wbrodzinski@mrvlaw.com

Craig Westfall
Nigro Westfall & Gryska PC
1793 Bloomingdale Rd.
Glendale Heights, IL 60139
**Courts Electronic Registration** -
firm@nigrowestfall.com,
craig@nigrowestfall.com


David and Marilyn Weiher
Three Lights Development LLC
935 Curtiss St.
Downers Grove, IL 60515
**Email**

**First Class Mail**:

Anderson Pest Solutions
501 W. Lake St., #204
Elmhurst, IL 60126-1419

Assurant Health
PO Box 790076
Saint Louis, MO 63179-0076

AT&T
PO Box 8100
Aurora, IL 60507-8100

Chicago Tribune
14839 Collections Center Dr.
Chicago, IL 60693-0148

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

DG Sanitary
2710 Curtiss St.
PO Box 1412
Downers Grove, IL 60515

JR Walker
1776 S. Naperville Rd., Ste. 202-A
Wheaton, IL 60189

KCW (HVAC)
150 E. St. Charles Rd., #D
Carol Stream, IL 60188

Kinko Ace Hardware
6216 S. Main St.
Downers Grove, IL 60515

Kone Elevator
1080 Parkview Blvd.
Lombard, IL 60148

Liberty Mutual
Local Agent
55 W. Pierce Rd., Ste. 100
Itasca, IL 60143

Liberty Mutual -Corporate
100 Liberty Way, 03B
Dover, NH 03820-1525

NICOR
P.O. Box 0632
Aurora, IL 60507-0632

Old Second Bank
37 S. River St.
Aurora, IL 60506-4172

Real Estate Taxes
PO Box 4203
Carol Stream, IL 60197-4203

State Farm Insurance - Corp.
2702 Ireland Grove Rd.
Bloomington, IL 61709-0001

State Farm Insurance - Local Agent
1080 Parkview Blvd.
Lombard, IL 60148

Village of Downers Grove
801 Burlington Ave.
Downers Grove, IL 60515

Village of Downers Grove Sanitary
2710 Curtiss St.
PO Box 1412
Downers Grove, IL 60515-0703

VIOLIA ES
4612 W. Lake St.
Melrose Park, IL 60160

Westfield - Local Broker
Beil & Stromberg
Box G
Downers Grove, IL 60515

Westfield Insurance
P.O. Box 5001
Westfield Center, OH
    44251-5001
American InfoSource LP as
agent for T-Mobile
PO Box 248848
Oklahoma City, OK 73124-8848

Greenscape Ventures LLC
Attn: Kenneth P. Neumann
4355 Weaver Pkwy, #120
Warrenville, IL 60555-4046

AT&T
Bankruptcy Department
PO Box 769
Arlington, TX 76004-0769

Clorinda Greco
The Galleria
5147 Mochel Dr.
Downers Grove, IL 60515-5065

Clorinda Greco
The Galleria
402 Richmond Ave.
Westmont, IL 60559-1538

ComEd Company
3 Lincoln Center
Attn: Claims Department
Oak Brook, IL 60181-4204

Commonwealth Edison Co.
3 Lincoln Centre
Oakbrook Terrace, IL 60181
Attn: Bankruptcy Dept.

DuPage County Tax Collector
421 N. County Farm Drive
Wheaton, IL 60187-3992

KCW (HVAC)
849 N. Main
Glen Ellyn, IL 60137-3674

Mario Olivi
The Olive Tap
5143 Mochel Drive
Downers Grove, IL 60515-5065

Mr. William Dietner
TKDA
444 Cedar St., #1500
St. Paul, MN 55101-2110

Nicor Gas
PO Box 549
Aurora, IL 60507-0549

TDKA
5151 Mochel Dr., #205
Downers Grove, IL 60515

-2-

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )
                                          )        Case No. 11-23323
THREE LIGHTS DEVELOPMENT LLC              )        Chapter 11
a Illinois Limited Liability Company,     )        Judge Jacqueline P. Cox
                                          )
        debtor/debtor-in-possession.      )

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant: CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtor's Counsel

Authorized to Provide
Professional Services to: Debtor _____

Date of Order
Authorizing Employment:   August 9, 2011_____

Period for Which Compensation
is Sought:   From: June 1, 2011___ through June 20, 2012

Amount of Fees Sought: $ 59,924.00_____

Amount of Expense
Reimbursement Sought: $1,929.12_____

This is a(n): Interim Application ___ Final Application _X__
If this is not the first Application filed herein by this professional, disclose as to all prior
fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
|  | 6/1/11 - 1/12/12 | $42,913 | $42,913 |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and
expenses herein is: $42,913.00.

Date: June 21, 2012_____          Applicant:          Scott R. Clar and the firm
                                                           Crane, Heyman, Simon, Welch & Clar

                                                           By:_ /s/Scott R. Clar_____
                                                               Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 11-23323 |
| THREE LIGHTS DEVELOPMENT LLC | ) | Chapter 11 |
| a Illinois Limited Liability Company, | ) | Judge Jacqueline P. Cox |
| | ) | |
| debtor/debtor-in-possession. | ) | |

## MOTION OF THE LAW FIRM OF
## CRANE, HEYMAN, SIMON, WELCH & CLAR AS
## DEBTOR'S COUNSEL FOR FINAL ALLOWANCE AND PAYMENT
## OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Now come Scott R. Clar, of the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC"), counsel for the debtor/debtor-in-possession, THREE LIGHTS DEVELOPMENT LLC ("Debtor"), and for the Motion pursuant to Sections 330 and 331 of the Bankruptcy Code for Final Allowance and Payment of Interim Compensation and Reimbursement of Expenses, respectfully states as follows:

### INTRODUCTION

1.     On June 1, 2011, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2.     The Debtor has been operating its business and managing its financial affairs as debtor-in-possession.  No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

3.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

4.     This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A), (M) and (O).

5.     The Debtor is an Illinois limited liability company that, as of the Petition Date, was the owner of the following commercial properties:

-1-

A)   Commercial property commonly known as Charles Place, located at 5151 Mochel Dr., Downers Grove, Illinois;[1] and

B)   Commercial property commonly known as the W&W Building, located at 933 - 937 Curtiss St., Downers Grove, Illinois (collectively the "Three Lights Properties"); and

6.   The Debtor's Fourth Amended Plan of Reorganization ("Plan") was confirmed by Order of Court dated April 19, 2002, resulting in 100% distribution to unsecured creditors.

7.   On or about August 9, 2011, the Debtor presented its Motion to Employ CHSW&C as the Debtor's bankruptcy counsel, and on August 9, 2011, an Order was entered by this Court granting the Motion to Employ. CHSWC received a $31,039 pre-petition retainer (the "Pre-Petition Retainer"). CHSWC received an award of interim compensation and reimbursement of expenses on March 1, 2012 in the amount of $42,913, which included application of the $31,039 retainer (the "Interim Award").

8.   By this Motion, CHSWC requests an allowance of final compensation and reimbursement of expenses in the amounts of $59,924.00 and $1,929.12, respectively, for the period commencing June 1, 2011 through and including June 20, 2012.

9.   An Order was entered confirming the Debtor's Chapter 11 case on April 29, 2012.

## CHSWC BIOGRAPHICAL INFORMATION

10.   CHSWC is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters. The firm is comprised of seven (7) attorneys, all of whom have significant experience and expertise in the law firm's

---

[1] Pursuant to the Debtor's Fourth Amended Plan, the Charles Place Property was deeded to Greenscape Ventures, LLC, as assignor of the secured claim of Old Second Bank, N.A.

-2-

area of concentration. The following is certain biographical information pertaining to Scott R. Clar, the member of the law firm who has rendered the majority of the services in the Debtor's Chapter 11 case.

**SCOTT R. CLAR**

Scott R. Clar is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been a practicing attorney in the State of Illinois since 1982. He has been primarily responsible for the representation of the Debtor in this case. From January, 1985, through September, 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees. From September, 1986, through December, 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC, and became a partner in 1994. His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and various creditors. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars. He is a member of the Federal Trial Bar. He is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

11. The hourly rates charged by CHSWC for legal services rendered in this bankruptcy case are as follows:

| Attorney | 2012 Rate |
|---|---|
| Eugene Crane ("EC") | $490.00 |
| Arthur G. Simon ("AGS") | $470.00 |
| David K. Welch ("DKW") | $470.00 |
| Scott R. Clar ("SRC") | $470.00 |
| Jeffrey C. Dan ("JCD") | $395.00 |
| John H. Redfield ("JHR") | $370.00 |

-3-

These hourly rates are the customary and usual rates which CHSWC charges clients on matters of this nature.

12.    The total time expended by CHSWC attorneys in connection with this Chapter 11 case during the period commencing January 13, 2012 through and including June 20, 2012 is as follows:

| Attorney | Hours | Amount |
|----------|-------|--------|
| Scott R. Clar ("SRC") | 39.0 | $18,330.00 |
| **Total:** | **39.0** | **$18,330.00** |

## LEGAL SERVICES RENDERED

13.    The legal services rendered by CHSWC, as more fully described in Exhibits A through F, have been divided into the following categories:

A.    **GENERAL ADMINISTRATION**

> The legal services rendered in this category include the preparation of motions with respect to administration of the case, including employment motions for CHSWC, motions to employ accountant, preparation of bankruptcy schedules and statement of financial affairs, attendance at meetings of creditors, as well as the preparation of utility motions for the Debtor and other purely administrative matters.

Total Time Expended:    **1.7 hours**

| Attorney | 2012 Hours | Amount |
|----------|------------|--------|
| Scott R. Clar ("SRC") | 1.7 | $799.00 |
| **Total:** | **1.7** | **$799.00** |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

-4-

B. **MATTERS CONCERNING OLD SECOND BANK
AS SECURED CREDITOR AND GREENSCAPE
AS ASSIGNOR OF OLD SECOND'S SECURED CLAIM**

Legal services in this category relate to matters concerning the negotiation and litigation of cash collateral usage, monitoring of reporting requirements required by Old Second, and other matters concerning the numerous objections filed by Old Second.

Total Time Expended:    **5.1 hours**

| Attorney | 2012 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 5.1 | $2,397.00 |
| **Total** | **5.1** | **$2,397.00** |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

C. **MATTERS CONCERNING LEASING**

Legal services rendered in this category are services rendered to the Debtor in connection with proposed buildout for new tenants, and commissions paid for new leases to the Debtor's leasing agent.

Total Time Expended:    **.7 hours**

| Attorney | 2012 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | .7 | $329.00 |
| **Total** | **.7** | **$329.00** |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

D. **PLAN AND DISCLOSURE STATEMENT**

The legal services rendered in this category relate to CHSWC's drafting of a plan and disclosure statement which are pending before this Court. CHSWC attending hearings concerning setting a hearing on the adequacy of the disclosure statement, the hearing itself and confirmation of the Plan.

Total Time Expended:    **27.8 hours**

| Attorney | 2012 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 27.8 | $13,066.00 |
| **Total** | **27.8** | **$13,066.00** |

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

### F.   PREPARATION OF MOTION FOR FINAL COMPENSATION

CHSWC expended time preparing and filing this Motion.

Total Time Expended:   **3.7 hours**

| Attorney | 2012 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 3.7 | $1,739.00 |
| **Total** | **3.7** | **$1,739.00** |

Attached to this Motion as Exhibit "E" is an itemization of the legal services rendered in this category.

### EXPENSES INCURRED

14.     During the course of the representation of the Debtor, CHSWC has incurred necessary expenses for which reimbursement is sought.   The total amount of these expenses for the period commencing January 13, 2012 through and including June 20, 2012 is $610.12.

.   Attached to this motion as **Exhibit F** is an itemization of the expenses incurred.

### CONCLUSION

15.     Other than as provided in Section 504(b) of the Bankruptcy Code, CHSWC has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity.   No promises concerning compensation have been made to CHSWC by any person, firm or entity.

-6-

16. CHSWC asserts that the final compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services. CHSWC further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

17. CHSWC asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor.

WHEREFORE, for the foregoing reasons, Scott R. Clar and the law firm of Crane, Heyman, Simon, Welch & Clar, counsel for the Debtor, prays for the entry of an order pursuant to Section 330 of the Bankruptcy Code, as follows:

a) Allowing final compensation and reimbursement of expenses to CHSWC in the amounts of $59,924.00 and $1,929.12, respectively for services provided and expenses incurred from the period commencing June 1, 2011 through and including June 20, 2012;

b) Authorizing and directing payment by the Debtor to CHSWC of the sum of $18,940.12, representing unpaid fees and expenses in excess of the Retainer and the Interim Award; and

c) Granting such other relief as may be just and equitable.

Three Lights Development, LLC, an Illinois limited liability company, debtor/debtor-in-possession

By: /s/Scott R. Clar
One of its Attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\3 Lights\Pay CHSWC - Final.mot and NOM.wpd