UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>THREE LIGHTS DEVELOPMENT LLC,<br>an Illinois limited liability company,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  11-23323<br><br>Chapter: 11<br><br>Honorable Jacqueline Cox |

FINAL DECREE

This matter coming to be heard upon the Debtor's Motion for Entry of Final Decree, the Court having entered an Order Confirming the Debtor's Plan of Reorganization on April 19, 2012, notice of said Motion having been given, no objections to said Motion having been filed or otherwise presented, and the Court being fully advised in the premises:

THE COURT HEREBY FINDS that the Plan of Reorganization has been substantially consummated; and accordingly,

IT IS FURTHER ORDERED that the estate is hereby closed.

Enter: *Jacqueline P. Cox*
J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 7/18/12

**Prepared by counsel of Movant:**

Scott R. Clar, Esq.
Atty No. 06183741
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
(312) 641-7114 (Fax)

Rev: 20101008_bko